ted States District Court
uthern District of New York

Desmond M. Witherspoon

15CV4328

Complaint

Plaintiff,

Desmond M. Witherspoon

   -vs-

Defendents

Latoya Rivera, Nekiesha Banks, Terrance Thomas, Yeefan Thomas, Nyla Funderburk, Terrance Goodwin, Carol Garbitt, Teresa Garbitt, Edebe Garbitt, Jevon Witherspoon, Brian McPherson, Brandon Corley, Matthew Lawson, Christopher Lemon, Julian Latimore, Marvin Anderson, Isiah Crudup, Smitty the Passenger, Markeish McNair, Corto Yancy, Rudder Yancy, Jevon Cooper, Micheal Brightonham, Bruce Anthony Hulitt, Che Mack, Juelz Santana, Tony Yayo, Donald Trump, Jim Jones, Yandy Smith, Mecender, Beyonce, Charles Drake, Lloyd Banks, Markita Rutgar, John Leach, Young Chris, Carriene Gurrier, Victoria Harris, Joe Buddens, Machine Gun Kelly, Micheal Good, Arsenal, Derrek Williams, Nas the cook, ~~Beaver~~

RECEIVED SDNY PRO SE OFFICE  2015 JUN -1 A 9 27

Parties: Castoyer Rivers, 1355 Mount Ephraim St Camden, New Jersey
Nekiesha Burke - 1 Rev Dr. MLK Jr. Dr. Willingboro, New Jersey
Terrance Thomas - 1 Rev Dr MLK Jr Dr. Willingboro, New Jersey
Yeefan Thopson - 1 Rev Dr MLK Jr Dr. Willingboro, New Jersey
Nyla Funderburk - 1 Rev Dr MLK Jr Dr Willingboro, New Jersey
Terrence Goodwin - 1 Rev Dr. MLK Jr. Dr. Willingboro, New Jersey
Matthew Lawson - 1 Rev Dr MLK Jr Dr. Willingboro, New Jersey
Christopher Lemon - 1 Rev Dr. MLK Jr. Dr. Willingboro, New Jersey
Julian Latimore - 1 Rev Dr MLK Jr Dr Willingboro, New Jersey
Marvin Anderson - 1 Rev Dr MLK Jr Dr Willingboro, New Jersey
Isiah Crudup - 1 Rev Dr MLK Jr Dr Willingboro, New Jersey
Smitty the Passenger - 1 Rev Dr MLK Jr Dr Willingboro, New Jersey
Markeish McNair - 1 Rev Dr MLK Jr Dr Willingboro, New Jersey
Cato Yancy - 800 Federal St Camden New Jersey
Rudder Yancy - 800 Federal St Camden New Jersey
Bruce Anthony Hulitt - 1 Rev Dr MLK Jr Dr Willingboro, New Jersey
Derrek Williams - 1 Rev Dr MLK Jr Dr Willingboro, New Jersey
Nas the cook - 1 Rev Dr MLK Jr Dr Willingboro, New Jersey
Micheal Good - 800 Federal St Camden New Jersey
Carrine Gurner - 1 Rev Dr MLK Jr Dr Willingboro, New Jersey
Markita Rutgar - 851 Old York Rd Burlington Twp
John Leach - ~~467 N Sycamore St Lumb~~ 35 Municpal Dr Lumberton, NJ
Jevon Cooper - Township of Maple Shade 200 Stiles Ave New Jersey 08052
Carol Garbutt
Teresa Garbutt
Eddie Garbutt - 200 Stiles Ave Maple Shade New Jersey 08052

Donald John Trump - 1100 S. Ocean Blvd, Palm beach, Florida.
Victoria Harris - 2271-89 8th Ave New York, N.Y. 10027
Brian McPherson - 110 Sheridan Rd, El Paso T.X
Brandon Corley - 3211 Rancocas Rd. Fort Dix, N.J. 08640
Micheal Brightonham -
Che Mack -
Juelz Santana - 740 Broadway 7th Fl New York, N.Y. 1003
Tony Yayo - 254 W 31 At 8th Ave New York, N.Y. 1003
Jim Jones - 740 Broadway 7th Fl, New York, N.Y. 1003
Yandy Smith - 2271-89 8th Ave New York, N.Y. 10027-5719
Mencendez - 2271-89 8th Ave New York, N.Y. 10027
Beyonce Knowles - 1290 Ave of the Americas, New York 10104
Drake ~~Hart~~ - 1755 Broadway #6 New York, N.Y.
Lloyd Banks - 254 W 31 At 8th Ave New York, N.Y. 1001
Young Chris - 235 N 11th St Philadelphia, P.A.
~~Arsonal~~
~~Machine Gun Kelly~~
Joe Buddens - 40 W 57th St New York, N.Y.
Fabolous - 1755 Broadway #6 New York, N.Y.
Machine Gun Kelly - 1755 Broadway #6 New York, N.Y.
Arsonal
~~Stoo Bucks~~
Windsor "Slow Lobin and Rodney Charlemagne "Bucks") - New York Police Dept. 114th Precinct

The jurisdiction of this court is invoked to: 5 USC 133

Statement of Claim: Reorganizing Government Entities

Remedy: Service Agreement

_____        _____
                                          [signature]

To: United States District Court
Southern District Clerk's office

From: Desmond M. Witherspoon Pro Se
90 Lafayette St
New York, N.Y. 10026

JPB
5/29/15